IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:12CR40-RLV

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **JAMAL HAIDER KASO** ) | |

Leave of Court is hereby granted for the dismissal *without prejudice* of the Bill of Information in the above-captioned case.

The Clerk is directed to send copies of this Order to the U.S. Probation Office and Pretrial Services, the U.S. Marshal Service, Defense Counsel, and the United States Attorney's Office.

Signed: November 1, 2012

Richard L. Voorhees
United States District Judge